UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EBONY CRYSTAL MALCOLM

       PLAINTIFF,                CASE NUMBER:14-10125
                                          HONORABLE VICTORIA A. ROBERTS

v.

CATHY M. GARRETT

       DEFENDANT.

_____/

## ORDER DENYING PLAINTIFF'S
## MOTION FOR RECONSIDERATION

This matter is before the Court on Ebony Crystal Malcolm's Motion for Reconsideration of this Court's February 11, 2014 Order, which denied her *in forma pauperis* status and dismissed the action as frivolous.

Local Rule 7.1(h)(3) provides the Court's standard of review:

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties and other persons entitled to be heard on the motion have been misled but also show that correcting the defect will result in a different disposition of the case.

E.D. Mich. LR 7.1(h)(3).

Palpable defects are those which are "obvious, clear, unmistakable, manifest or plain." *Mich. Dep't of Treasury v. Michalec*, 181 F. Supp. 2d 731, 734 (E.D. Mich. 2002).

1

"It is an exception to the norm for the Court to grant a motion for reconsideration." *Maiberger v. City of Livonia*, 724 F. Supp. 2d 759, 780 (E.D. Mich. 2010). "[A]bsent a significant error that changes the outcome of a ruling on a motion, the Court will not provide a party with an opportunity to relitigate issues already decided." *Id.*

There is no palpable defect which if corrected would result in a different disposition of this Court's February 11, 2014 Order. Ms. Malcolm's Motion for Reconsideration is **DENIED**.

**IT IS ORDERED.**

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: February 28, 2014

The undersigned certifies that a copy of this document was served on the attorneys of record and Ebony Crystal Malcolm by electronic means or U.S. Mail on February 28, 2014.

S/Carol A. Pinegar
Deputy Clerk